IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SANJOY SARKAR,** | § | |
| **Plaintiff** | § | |
| | § | **CIVIL ACTION NO. 15-cv-02372** |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **PETROLEUM COMPANY OF** | § | |
| **TRINIDAD & TOBAGO LIMITED** | § | |
| **AND HRC & ASSOCIATES** | § | |
| **MANAGEMENT CONSULTANTS,** | § | |
| **Defendants** | § | |

## NOTICE OF APPEARANCE

Nitin Sud, of Sud Law P.C., files this notice of appearance and respectfully shows the Court as follows. This lawsuit was filed on August 17, 2015 by Attorney-in-Charge Murtaza F. Sutarwalla. In that Original Complaint, Sud is identified as a co-counsel of Plaintiff Sanjoy Sarkar. Accordingly, Sud is filing this notice of appearance so that he may receive notices of filings in this case. Sutarwalla shall remain the attorney-in-charge for Plaintiff.

Respectfully submitted,

Dated: August 25, 2015 SUD LAW P.C.

*/s/ Nitin Sud*
Nitin Sud
State Bar No. 24051399
Federal ID No. 611307
6750 West Loop South
Suite 920
Bellaire, Texas 77401
Phone: 832-623-6420
Fax: 832-304-2552
Email: nsud@sudemploymentlaw.com

Attorney for Plaintiff