United States District Court
Southern District of Texas
**ENTERED**
June 23, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANJOY SARKAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-15-2372 |
| PETROLEUM COMPANY OF | § | |
| TRINIDAD & TOBAGO LIMITED | § | |
| and HRC & ASSOCIATES | § | |
| MANAGEMENT CONSULTANTS, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' motions to dismiss, this action is **DISMISSED** as to Petroleum Company of Trinidad & Tobago Limited and HRC Associates Limited for lack of jurisdiction.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 23rd day of June, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE